KASRYEL H. SARASOHN, Respondent, *v.* WILLIAM MILES, JR. et al., Appellants.

*Sarasohn* v. *Miles,* 52 App. Div. 628, affirmed.
(Argued November 20, 1901; decided December 10, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 14, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Richard T. Greene* for appellants.

*Abraham H. Sarasohn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, LANDON and CULLEN, JJ.